

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00508-CV

Twanda **BROWN**,
Appellant

v.

**CITY OF INGRAM**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19355B
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee recover its costs of this appeal from appellant.

SIGNED November 20, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice